# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-02747-001-TUC-JCH (EJM) |
| Plaintiff, | |
| v. | |
| Viorel Pricop, | |
| Defendant. | |

**VERDICT FORM**

1

WE, THE JURY, FIND THE DEFENDANT, VIOREL PRICOP, AS FOLLOWS:

**AS TO COUNT ONE OF THE INDICTMENT:**

NOT GUILTY     (GUILTY)   of maliciously damaging and destroying, by means of fire, personal property used in interstate or foreign commerce, to wit: Swift Transportation trailer #182403- 2018 HYTRA and the cargo therein in violation of Title 18 United States Code Section 844(i).

_____     \_\_X\_\_\_\_

8/21/25
_____
DATE

#25
_____
FOREPERSON

**AS TO COUNT TWO OF THE INDICTMENT:**

NOT GUILTY   (GUILTY)   of maliciously damaging and destroying, by means of fire, personal property used in interstate or foreign commerce, to wit: Swift Transportation trailer #225411- 2022 HYTRA and the cargo therein in violation of Title 18 United States Code Section 844(i).

_____X_____

_8/21/25_   _# 25_
DATE         FOREPERSON

3

**AS TO COUNT THREE OF THE INDICTMENT:**

NOT GUILTY    (GUILTY)    of maliciously damaging and destroying, by means of fire, personal property used in interstate or foreign commerce, to wit: Swift Transportation trailer #225645- 2022 HYTRA and the cargo therein in violation of Title 18 United States Code Section 844(i).

_____X_____

8/21/25
DATE

# 25
FOREPERSON